# TOBIAS NEWCOMER
## v.
# HENRY CONNER

1806

### PAPERS IN FILE
[None]

# TOBIAS NEWCOMER
## v.
# HENRY CONNER AND FRANCIS GRAY

1806

### JOURNAL ENTRIES

1. Appearance; special bail; declaration filed; rule to
   plead . . . . . . . . . . . . *Journal, infra,* *p. 35
2. Appearance; rule to plead . . . . . . . . . . " 40
3. Continuance . . . . . . . . . . . . " 50
4. Postponement . . . . . . . . . . . . " 128
5. Reference . . . . . . . . . . . . " 133
6. Report of referees; judgment . . . . . . . . " 167
7. Witness fees ordered paid . . . . . . . . . " 186

74

## PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . .
2. Affidavit by Tobias Newcomer . . . . . . . . . .
3. Declaration . . . . . . . . . . . . *Printed in Vol. 2*
4. Plea of general issue and payment . . . . .     "
5. Subpoena for Moses Morse . . . . . . . . . . .
6. Rule of reference and award of referees . . . . .    "
7. Statement of accounts . . . . . . . . . . . . .
8. Promissory note . . . . . . . . . . . . . .
9. Order to pay money . . . . . . . . . . . . .